UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEM CITY MANAGEMENT INC.,<br><br>                Plaintiff,<br><br>-against-<br><br>JEFFREY RINDE, CKR LAW LLP, DONALD HIRSCH, MONSTER CAPITAL CORP., SAFARI TRADING LLC, and RICK SIEGEL,<br><br>                Defendants. | Civil Action No.: 21-cv-7676<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                               )   ss.:
COUNTY OF NEW YORK  )

**RAFAEL SOLANO**, being duly sworn, deposes and says:

1.    I am not a party to this proceeding, am over 18 years of age, and reside in the State of New Jersey. My Process Server Individual License number is 2074366 DCA.

2.    I am employed by Newman Ferrara LLP, 1250 Broadway, 27th Floor, New York, New York 10001.

3.    On October 19, 2021 at approximately 3:30 p.m., I appeared at the property known as 230 W. 56TH ST., APT. 54C New York, New York 10019 and personally served true and accurate copies of the foregoing SUMMONS and COMPLAINT, dated, September 14, 2021, upon JEFFERY A. RINDE, by serving same upon a natural person who identified himself as building doorman, CHRIS WALKER, who is a person of suitable age and that stated that 230 W. 56TH ST., APT. 54C, NEW YORK, NY 10019, was the dwelling of JEFFREY A. RINDE.

4.    Mr. Walker is described as follows:

        Sex:                  Male
        Hair Color:       Gray
        Eye Color:       Brown/wears Glasses
        Race/Ethnicity:  Caucasian
        Age:                  Approximately 50-65 years old
        Height:           Approximately 5'8" – 5'11"
        Weight:           Approximately 161 – 200 pound

1





5. Furthermore on October 19, 2021, I also served a true and accurate copies of the aforementioned documents upon the recipient listed below by First Class Mail, by depositing true and accurate copies enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, as required by CPLR § 308., to:

JEFFREY A. RINDE
230 W. 56TH ST., APT. 54C,
New York, New York 10019

JEFFREY A. RINDE
25 OLD ROAD,
WESTPORT, CT 06880

RAFAEL SOLANO
License No. 2074366 DCA

Sworn to before me this
20 day of October 2021

Notary Public

Roger Alan Sachar
Notary Public, State of New York
No. 02SA6381981
Qualified in Kings County
Commission Expires 10/15/2022

4