## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: October 19, 2021
Index #   1;21-cv-07676-RA

*Gem City Management Inc*   Plaintiff

against

*Jeffrey A Rinde., et al*   Defendant

STATE OF NEW YORK
COUNTY OF ALBANY      SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____October 21, 2021_____, at ___11:00 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Complaint and Demand for Jury Trial

on _____CKR Law LLP_____, the Defendant in this action, by delivering to and leaving with _____Richard DiGiovanna_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 121-1502 Limited Liability Partnership Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __53__  Approx. Wt: __200__  Approx. Ht: __5'9"__
Color of skin: __White__  Hair color: __Gray__  Sex: __Male__  Other: _____

Sworn to before me on this
__21st__ day of October 2021

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
**Attny's File No.**
Invoice·Work Order # S1867056

***SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201***