**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GEM CITY MANAGEMENT INC., | Index No.: 21-cv-7676 |
| Plaintiff, | |
| -against- | **CLERK'S [PROPOSED]** <br> **CERTIFICATE OF DEFUALT** |
| JEFFREY RINDE, CKR LAW LLP, DONALD HIRSCH, MONSTER CAPITAL CORP., SAFARI TRADING LLC, and RICK SIEGEL, | |
| Defendants. | |

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on September 14, 2021, with the filing of a complaint. A copy of the summons and complaint was served on defendant CKR Law LLP on October 21, 2021, by personally serving Richard DiGiovanna, Authorized Agent in the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY 12210, *and proof of service was therefore filed on October 21, 2021, Doc. #13*.

     I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
      November 15, 2021

                                            RUBY J. KRAJICK
                                              Clerk of Court

                                  By: _____
                                        Deputy Clerk