USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEM CITY MANAGEMENT INC.,

    Plaintiff

v.

JEFFREY A. RINDE, CKR LAW LLP, DONALD HIRSCH, MONSTER CAPITAL CORP., SAFARI TRADING LLC, and RICK SIEGEL,

    Defendants.

No. 21-CV-7676 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of the parties' February 4, 2022 joint letter and proposed case management plan. *See* Dkts. 47, 48. The parties disagree as to whether the discovery deadlines in the case management plan should be tethered to the Court's decisions on Defendants' pending motions to dismiss and to compel arbitration. In light of the pending motions, Defendants further request that the initial conference be adjourned.

    The Court agrees with Defendants and finds that good cause exists to adjourn the initial conference and stay discovery pursuant to Federal Rule of Civil Procedure 26(c). *See Spencer Trask Software & Info. Servs., LLC v. RPost Int'l Ltd.*, 206 F.R.D. 367, 368 (S.D.N.Y. 2002). Accordingly, the initial pretrial conference scheduled for February 11, 2022 is hereby adjourned *sine die*. If the case is to proceed following the Court's decision on the motions, the conference will be promptly rescheduled at that point, and the Court will direct the parties to submit a revised scheduling order. If the parties wish to discuss any issues with the Court prior to resolution of the pending motions, they may of course file a letter requesting a conference.

SO ORDERED.

Dated:    February 8, 2022
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge