UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

Gem City Management, Inc.,

                            *Plaintiff*,

                          -against-

Jeffrey Rinde, CKR Law LLP, Donald Hirsch
Monster Capital Corp, Safari Trading LLC, and
Rick Siegel,

                           *Defendants*.

------------------------------------------------------------------X

Case No. 21-cv-7676

ECF Case

## AFFIDAVIT OF KEVIN P. CONWAY IN SUPPORT OF DEFENDANTS' COUNSEL'S MOTION TO WITHDRAW

STATE OF NEW YORK   )
                            ss:
COUNTY OF NEW YORK  )

      I, **Kevin P. Conway**, being duly sworn, hereby depose and under penalty of perjury, state the following:

1. I am the managing attorney for Conway & Conway, Counsel for Defendant Safari Trading LLC ("Safari").

2. I submit this Affirmation in Support of Defendants' Counsel's Motion to Withdraw as Counsel for Defendant Safari Trading LLC.

3. As of the present date, Defendant Safari has terminated its retainer agreement with Conway & Conway.

4. Having been terminated as counsel, pursuant to the relevant ethics rules, Conway & Conway is required to withdraw from its representation of Defendant Safari. *A Proposed*

*Order Permitting the Withdrawal of Conway & Conway as Counsel for Defendant Safari is annexed hereto as Exhibit 1.*

**WHEREFORE**, Defendants' Counsel respectfully prays that an order be made herein permitting Defendants' Counsel to withdraw from its representation of Defendant Safari.

DATED:   New York, New York
         April 7, 2022

On this 7th day of April, 2022 before me appeared _Kevin P. Conway_ to me known to be the individual described in and who executed the foregoing instrument and acknowledged that he executed the same;

_____
Notary Public

SALVATORE M SALERNO
Notary Public, State of New York
No. 01SA6082719
Qualified in Nassau County
Commission Expires 1/19/2023

Respectfully Submitted,

_____
Kevin P. Conway, Esq. (6946)
Conway & Conway
Attorneys for Defendant Safari
99 Park Avenue, 6th Floor
New York, NY 10016
(212) 938-1080

2