UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/08/2022

GEM CITY MANAGEMENT INC.,

                Plaintiff,

v.

JEFFREY A. RINDE, CKR LAW LLP, DONALD HIRSCH, SAFARI TRADING LLC, and MONSTER CAPITAL CORP.,

                Defendants.

No. 21-CV-7676 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Pending before the Court are Defendant Safari Trading LLC's motion to dismiss, Defendants' Donald Hirsch and Monster Capital Corp.'s motion to dismiss or in the alternative to compel arbitration, and Defendants' CKR Law LLP and Jeffrey A. Rinde's motion to compel arbitration. In a letter dated March 17, 2021, Plaintiff requested that oral argument be heard in connection with these motions. Oral argument will be held on August 4, 2022 at 11:00 a.m. If the proposed time is inconvenient for the parties, the parties are directed to meet and confer before suggesting alternative time slots to the Court. By no later than July 28, 2022, the parties shall submit a joint letter advising the Court as to whether they prefer to hold the oral argument in person or remotely via videoconference.

SO ORDERED.

Dated:    July 8, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge