

1250 Broadway, 27th Floor, New York, NY 10001
tel. 212-619-5400 • fax 212-619-3090
www.nfllp.com

July 12, 2022

*Via ECF*

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

   Re: *Gem City Management Inc. v. Rinde, et al.*, No. 21-cv-07676 (RA)

Dear Judge Abrams:

We represent plaintiff Gem City Management Inc. ("Plaintiff") in the above-captioned action. Pursuant to rule 4.G of Your Honor's Individual Rules & Practices in Civil Cases, unless Your Honor prefers oral argument, Plaintiff respectfully withdraws its prior request for the same in connection with the defendants' motions to dismiss and/or compel arbitration (Dkt. Nos. 36–44). All parties to this action have consented to the motions being considered and determined on the papers alone.

              Respectfully submitted,

              NEWMAN FERRARA LLP

               *s/ Jeffrey M. Norton*

              Jeffrey M. Norton

cc:  All Counsel of Record