UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEM CITY MANAGEMENT INC.,<br><br>               Plaintiff<br><br>            v.<br><br>JEFFREY A. RINDE, CKR LAW LLP, DONALD HIRSCH, MONSTER CAPITAL CORP., and SAFARI TRADING LLC,<br><br>               Defendants. | No.  21-CV-7676 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On September 12, 2022, this Court granted the CKR Defendants' motion to compel arbitration and ordered that this case be stayed pending resolution of the arbitration. No later than December 15, 2023, the parties shall jointly file a letter updating the Court on the status of the arbitration.

SO ORDERED.

Dated:     November 28, 2023
               New York, New York

                                                                    Ronnie Abrams
                                                                United States District Judge